Charles Michael STOKES,
Plaintiff—Appellant,

v.

Andrew MOORMAN, sued in his in-
dividual and official capacities,
Defendant—Appellee.

No. 10–7411.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2010.

Decided: Jan. 4, 2011.

Charles Michael Stokes, Appellant Pro
Se.

Before NIEMEYER and KEENAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles M. Stokes appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2006) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Stokes v. Moorman,* No. 9:10–
cv–01711–CMC, 2010 WL 3834470 (D.S.C.
Sept. 27, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*